**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Marcos Garcia ITURRALDE, also known as Antonio Pelegrin, also known as Marcos Garcia, also known as M. Garcia, also known as Marcos Garcia–Iturralde, also known as Antonio Peregrino, also known as Marcos Iturade Garcia, also known as Antonio Garcia Peregrino, also known as Antonio Rodriguez Hernandez, also known as Antonio Hernandez Rodriguez, also known as Marcos Garcia–Turralde, Defendant–Appellant.**

No. 09–20408
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 20, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Marcos Garcia Iturralde has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garcia Iturralde has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.